**Robert B. MARTIN, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 05–3327.

United States Court of Appeals, Federal Circuit.

July 11, 2006.

Before MAYER, LOURIE, and PROST, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**BENMOL CORPORATION, Appellant,**

v.

**Henry M. PAULSON, Jr., Secretary of the Treasury, Appellee.**

No. 05–1532.

United States Court of Appeals, Federal Circuit.

July 11, 2006.

Before MAYER, LOURIE, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.